# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1524
Lower Tribunal No. 2020-CA-006807-O

_____

DEBORAH KARIM,

Appellant,

v.

CITRUS CHASE HOMEOWNERS' ASSOCIATION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.


Deborah Karim, Orlando, pro se.

No appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED